No opinion. No appeal having been taken to the court of appeals, this motion for a stay denied. See 5 N. Y. Supp. 676, 6 N. Y. Supp. 669, and *ante,* 443.

---

### KUNTZ v. C. C. WHITE CO.

*(Supreme Court, General Term, First Department. March 14, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*McCorkle & Stewart,* for plaintiff. *Ashton & Fromme,* for defendant.

No opinion. Motion denied. See 8 N. Y. Supp. 505.

---

### MITCHELL et al. v. OLIVER.

*(Supreme Court, General Term, First Department. March 14, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Mitchell & Mitchell,* for plaintiffs. *Francis Forbes,* for defendant.

No opinion. Motion denied, with $10 costs to abide event of appeal. See *ante,* 367.

---

### PEOPLE v. NEW YORK, N. H. & H. R. Co.

*(Supreme Court, General Term, First Department. March 14, 1890.)*

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Chas. F. Tabor,* Atty. Gen., for the People. *Page & Taft,* for defendant.

No opinion. Motion granted. See 5 N. Y. Supp. 945, 8 N. Y. Supp. 672.